| | | | |
|---|---|---|---|
| Com. v. Brown | 3378 EDA 2015<br>Affirmed | 02/22/2017 | CP–51–CR–0007157–2015<br>(Philadelphia) |
| The Phillies v. Regional Resources | 445 EDA 2016<br>Affirmed | 02/22/2017 | 001991<br>(Philadelphia) |
| Com. v. Diaz | 1132 EDA 2016<br>Affirmed | 02/22/2017 | CP–51–CR–0704571–2003<br>(Philadelphia) |
| Com. v. Canales–Tapia | 1143 EDA 2016<br>Affirmed | 02/22/2017 | CP–39–CR–0002036–2013<br>(Lehigh) |
| Com. v. Deshields | 1261 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–23–CR–0001724–2016<br>(Delaware) |
| Com. v. McGrath | 1354 EDA 2016<br>Affirmed | 02/22/2017 | CP–51–CR–0000658–2011<br>(Philadelphia) |
| Specialty Claims v. Liberty Asset | 1391 EDA 2016<br>Affirmed | 02/22/2017 | 2013–10768–IR<br>(Chester) |
| Com. v. LaVella | 1505 EDA 2016<br>Vacated and<br>Remanded | 02/22/2017 | CP–15–CR–0003645–2013<br>(Chester) |
| Com. v. Scott | 1639 EDA 2016<br>Affirmed | 02/22/2017 | CP–39–CR–0000321–2013<br>(Lehigh) |
| Com. v. Rosado | 1776 EDA 2016<br>Affirmed | 02/22/2017 | CP–51–CR–0007720–2008<br>(Philadelphia) |
| In the Interest of: E.C. | 2155 EDA 2016<br>Affirmed | 02/22/2017 | CP–51–DP–0002711–2014<br>(Philadelphia) |
| Com. v. Priovolos | 2162 EDA 2016<br>Affirmed | 02/22/2017 | CP–46–CR–0000603–1989<br>(Montgomery) |
| Com. v. Tonkin | 1462 MDA 2015<br>Affirmed | 02/22/2017 | CP–40–CR–0002577–2012<br>(Luzerne) |
| Com. v. Gordon | 1959 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–67–CR–0007467–2013<br>(York) |
| Com. v. Jones | 643 MDA 2016<br>Affirmed | 02/22/2017 | CP–35–MD–0000067–2016<br>CP–35–MD–0000097–2016<br>CP–35–MD–0000107–2016<br>(Lackawanna) |